Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Pg 1 of 21

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

Northern Division



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 15 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

Jason Holloway
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Scott Middlebrooks Et AL
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 5:21cv63-KS-JCG
(to be filled in by the Clerk's Office)

) ) ) ) ) ) ) ) ) ) ) ) ) ) )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)        pg 2 of 21

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ~~[crossed out]~~ JH Jason Holloway
All other names by which you have been known:
ID Number: M0998
Current Institution: Wilkinson County Correctional Facility
Address: 2999 Hwy 61 North
Woodville    MS    39669
City    State    Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Scott Middlebrooks
Job or Title (if known): Warden
Shield Number:
Employer: Management & Training Corp. (M.T.C.)
Address: 2999 Hwy 61 North
Woodville    MS    39669
City    State    Zip Code
☒ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: Unkown Dr. J. Burke
Job or Title (if known): Doctor
Shield Number:
Employer: Vital Core Health Strategies
Address: 2999 Hwy 61 North
Woodville    MS    39869
City    State    Zip Code
☒ Individual capacity   ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)         pg 3 of 21

**Defendant No. 3**
Name: Unknown St. Jose / Julian
Job or Title (if known): Health Service Administator (H.S.A.)
Shield Number:
Employer: Vital Core Health Strategies
Address: 2999 Hwy 61 North
Woodville            MS           39669
   City              State         Zip Code

☒ Individual capacity    ☒ Official capacity

**Defendant No. 4**
Name: Unknown Jane & John Does #1 - #100
Job or Title (if known):
Shield Number:
Employer:
Address: 2999 Hwy 61 North
Woodville            MS           39669
   City              State         Zip Code

☒ Individual capacity    ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

~~Fourth~~ 8th Amendment, First Admendment.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Case 5:23-cv-00010-BWR   Document 2   Filed 02/10/23   Page 4 of 18
Case 5:21-cv-00063-BWR   Document 1   Filed 07/15/21   Page 4 of 18

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)      pg 4 of 21

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_See Complaint_

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_At W.G.C.F, Feb 25th 2021 - ongoing_

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

_See Complaint_

Case 5:23-cv-00010-BWR   Document 2   Filed 02/10/23   Page 5 of 18
Case 5:21-cv-00063-BWR   Document 1   Filed 07/15/21   Page 5 of 18

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)                    pg 5 of 21

C.  What date and approximate time did the events giving rise to your claim(s) occur?

Feb 2021 - ongoing

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See complaint

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See complaint

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See complaint

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)   pg 6 of 21

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Wilkinson County Correctional Faciility (W.C.C.F.)_

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

_See complaint (See attached Exhibit_

Page 6 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)      pg 7 of 21

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   W. C.C.F.

2. What did you claim in your grievance?

   That I was being denied adequate And timely medical care

3. What was the result, if any?

   No relief

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Completed ARP process

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)    pg 8 of 21

F. If you did not file a grievance:

　　1. If there are any reasons why you did not file a grievance, state them here:

　　2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

　　See complaint + attached exhibits

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Case 5:23-cv-00010-BWR   Document 2   Filed 02/10/23   Page 9 of 18
Case 5:21-cv-00063-BWR   Document 1   Filed 07/15/21   Page 9 of 18

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)                pg 9 of 21

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)  Jason Holloway
   Defendant(s)  Felicia Hall et al

2. Court *(if federal court, name the district; if state court, name the county and State)*

   U.S. D.C. ~~Court~~ Southern District, Jackson, MS 39201

3. Docket or index number

   3:19-cv-889-DPJ-FKB

4. Name of Judge assigned to your case

   Daniel P. Jordan + Frank Kieth Ball

5. Approximate date of filing lawsuit

   2019

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Ongoing

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)    pg 10 of 21

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    Jason Holloway
   Defendant(s)   Marshall Fisher et al

2. Court *(if federal court, name the district; if state court, name the county and State)*

   U.S.D.C. Southern District, Jackson, MS 39669

3. Docket or index number
   3:14-cv-26·FKB

4. Name of Judge assigned to your case
   F. Kieth Ball

5. Approximate date of filing lawsuit
   2016

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition   2019

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Settlement Agreement Reach in my favor

Case 5:23-cv-00010-BWR   Document 2   Filed 02/10/23   Page 11 of 18
Case 5:21-cv-00063-BWR   Document 1   Filed 07/15/21   Page 11 of 18

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)                pg 11 of 21

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-7-21

Signature of Plaintiff: *Jason Holloway*
Printed Name of Plaintiff: Jason Holloway
Prison Identification #: M0998
Prison Address: 2999 Hwy 61 North
Woodville, MS 39669

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____

Telephone Number: _____
E-mail Address: _____

Case 5:23-cv-00010-BWR   Document 2   Filed 02/10/23   Page 12 of 18
Case 5:21-cv-00063-BWR   Document 1   Filed 07/15/21   Page 12 of 18

Pg 15 of 21

In The United States District Court
For The Southern District Of Mississippi

Jason Holloway           Plaintiff

vs          Civil Action No. _____

Scott Middlebrooks et al      Defendants

Complaint With Jury Demand

I    Jurisdiction & Venue

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States and the Mississippi Constitution. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section(s) 2201 and 2202. Plaintiffs' claims for injunctive relief are authorized by 28 U.S.C. Section(s) 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure. The Plaintiff also seeks damages. The plaintiff also alleges the torts of negligence under Mississippi Law.

Case 5:23-cv-00010-BWR   Document 2   Filed 02/10/23   Page 13 of 18
Case 5:21-cv-00063-BWR   Document 1   Filed 07/15/21   Page 13 of 18

pg 14 of 21

## II   Plaintiff

2. Plaintiff, Jason Holloway, is and was at all times mentioned herein a prisoner of the State of Mississippi in the custody of the Mississippi Department of Corrections (M.D.O.C.) He is currently confined at the Wilkinson County Correctional Facility (W.C.C.F.) He was housed at W.C.C.F. from Feb. 25th 2021 and he is at the time of this complaint still being housed at W.C.C.F.

## III   Defendants

3. Defendant, Scott Middlebrook is the Warden of W.C.C.F. and he is tasked with the orderly running of the facility and making sure that plaintiff recieves adequate medical care and is transported to his scheledued medical appointments

4. Defendant, Unknown Dr. J. Burke is the medical doctor here at W.C.C.F. and has the task to make sure all inmates recieve adequate, timely medical treatment.

5. Defendant, Unknown H.S.A. St. Joseph Julian is the Health Service Administrator and is responsible for scheduling appointments and making sure the plaintiff recieves adequate medical care.

Case 5:23-cv-00010-BWR   Document 2   Filed 02/10/23   Page 14 of 18
Case 5:21-cv-00063-BWR   Document 1   Filed 07/15/21   Page 14 of 18

pg 17 of 21

6. Defendants, Jane & John Does 1-100 are other W.C.C.F. or contracted employee's that the plaintiff is not aware of their names at this time or their positions. Who could have been a part of the plaintiff's constitution violations.

### IV   Facts of Plaintiff Jason Holloway

7. The plaintiff was transferred from C.M.C.F. to W.C.C.F. around Feb. 25th 2021. Upon arriving at W.C.C.F. The plaintiff advised the medical personel of all his medical and mental health issues. The plaintiff was placed in a holding cell for about 7 days. Then was placed in segregation around March 1st 2021 pending protective custody.

8. On 3-1-21 the plaintiff turned in a sick call to see the Dr. about reordering the plaintiff's "keep on medications" (KOP's) and other health concerns. I never was seen for this sick call to the best of my knowledge.

9. On 3-3-21 I turned in 2 more sick calls (1) to seen denist abrt toothache and to replace partials. (2) to see pysch. doctor abrt my meds. was never seen for these as well. To the best of my knowledge.

Case 5:23-cv-00010-BWR   Document 2   Filed 02/10/23   Page 15 of 18
Case 5:21-cv-00063-BWR   Document 1   Filed 07/15/21   Page 15 of 18

pg 18 of 21

10. Around 3-10-21 the plaintiff turned in 3 more sick calls, one to see dr. about rod and pins in leg, one to see psych about meds, and one to see dentist about severe toothache and getting partials replaced. Was never seen for these sick calls either to the best of my knowledge.

11. Around 3-16-21 talked to unknown nurse about not being seen for sick calls and she told me that she would be around to do sick calls but never came back.

12. Around 3-17-21 turned in two more sick calls. (1) to see doctor for all health concerns (2) to see psych about meds. Was never seen for there to the best of my knowledge.

13. Around 3-25-21 I sent a inmate request to the H.S.A. about not getting seen for sick calls and not recieving meds as proscribed. Never got response to this request

14. Around 3-28-21 Turned in ARP about medical, mental health and sick calls.

15. Around 3-30-21 I was moved from seg. to the P.C. Unit on C, D, E, I was placed in E-Pod Cell #204.

16. On or around 4-1-21 was taken to medical and seen

Case 5:23-cv-00010-BWR   Document 2   Filed 02/10/23   Page 16 of 18
Case 5:21-cv-00063-BWR   Document 1   Filed 07/15/21   Page 16 of 18

pg 19 of 21

by the H.S.A. for two of my sick calls. She only told me she would have me to see the Dr. the next day about my medical conditions.

17. I was never taken to see the Dr. the next day even after making several request nor was I seen by him for a whole other two months. After being referred to see him.

18. On 6-14-21 Warden Middlebrooks came around the Unit and I talked to him about me not being seen for sick calls or getting to my appointments. He typed something in his phone and told me he would take care of it.

19. On 6-16-21 I finally went to see Dr. Burks and he ordered X-Ray of my ankle where the screw seems to be coming out of the rod and gave me a breathing treatment. He never ordered my medical shoes, or did anything to check my Hep C levels even after me asking him too nor did he give me anything for the pain in my leg. He only tried to rush and see me and get me out of his office.

20. On 6-18-21 was taken back to medical and X-Ray was done once again I asked Dr. Burke's about something for pain and my medical shoes that I have been getting.

Case 5:23-cv-00010-BWR   Document 2   Filed 02/10/23   Page 17 of 18
Case 5:21-cv-00063-BWR   Document 1   Filed 07/15/21   Page 17 of 18

pg 20 of 21

21. Since then the plaintiff has filled out more sick calls about the constant pain in his leg and got seen for it but was only referred back to the Dr. of whom I've not seen again as of yet.

22. The delay and inadequate medical care at W.C.C.F. violates the plaintiff's Constitutional right of the 8th Admendment. The plaintiff is in much pain daily due to the rod and screws in his legs. On a scale from 1-10 it is a constant 8. Its hard for me to put pressure on my left leg and even to walk on at times.

## V  Prayer For Relief

Wherefore, Plaintiff respectfully prays that this court enter judgment granting plaintiff the following relief:

23. Damages in the amout of $10,000 for the ongoing pain that not being seen in a timely manner and not giving the plaintiff anything for pain causing him pain and suffering

24. An injuction to make sure that the plaintiff is seen in a timely manner and is referred to a specialist about the rod in his left leg and have it removed.

25. That the plaintiff recieve adequate medical, dental and

pg 21 of 21

mental health treatment as long as he is housed at W.C.C.F.

## VI.  Verification

26.  I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as, to those, I believe them to be true, I do hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed at Wilkinson County, MS at the W.C.C.F. prison on this the 5th day July, 2021.

Respectfully Submitted,
Jason Holloway
Jason Holloway pro se

Jason Holloway # M0998
W.C.C.F. E-204
2999 Hwy 61 North
Woodville, MS 39669