# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**JASON HOLLOWAY**                                                                          **PLAINTIFF**

**VERSUS**                             **CIVIL ACTION NO. 5:23-cv-00010-BWR**

**WARDEN SCOTT MIDDLEBROOKS, et al.**                       **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendants' Motion [14] for Summary Judgment is **GRANTED**. Plaintiff Jason Holloway's claims against Warden Scott Middlebrooks, Management & Training Corporation, and Disciplinary Hearing Officer Shunleekee Penndleton are **DISMISSED WITHOUT PREJUDICE** for his failure to exhaust administrative remedies.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this case is closed.

**SO ORDERED AND ADJUDGED,** this 8th day of February, 2024.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE